UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America, | * |
|     Plaintiff and<br>    Judgment Creditor, | * |
| v. | * Civil No. CCB-00-1498 |
| WALTER G. HOWARD, | * |
|     Defendant and<br>    Judgment Debtor, | * |
| and | * |
| Gerannfur Corporation<br>6103 Sea Bay Drive<br>Ocean City, Maryland 21842-6609, | * |
|     Garnishee. | * |

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $7,858.55 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 24, 2001 stating that at the time of the service of the Writ of Continuing Garnishment, no claims for services had been filed by the Judgment Debtor with the Garnishee. The Garnishee stated in the Answer of the Garnishee, that their system has been noted to deduct 25% of any future claims for payment due to the Judgment Debtor as claims are filed, in response to this garnishment until ordered to cease by the court.

On or about <u>March 8, 2001</u>, the Defendant and Judgement Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any claim payments</u> to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

_7/05/01_
Date

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America,<br><br>    Plaintiff and<br>    Judgment Creditor,<br><br>v.<br><br>WALTER G. HOWARD,<br><br>    Defendant and<br>    Judgment Debtor,<br><br>and<br><br>Gerannfur Corporation<br>6103 Sea Bay Drive<br>Ocean City, Maryland 21842-6609,<br><br>    Garnishee. | *<br>*<br>*<br>*<br>*<br>* Civil No. CCB-00-1498<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

The United States of America hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgment Debtor by first class mail on March 8, 2001 to the last known address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on March 3, 2001 and April 24, 2001.

                        STEPHEN M. SCHENNING
                        UNITED STATES ATTORNEY

        By: _____
              Tamera L. Fine
              Assistant U.S. Attorney
              6625 U. S. Courthouse
              101 W. Lombard Street
              Baltimore, Maryland 21201-2692
              (410) 209-4800
              Trial Bar No. 024751